# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3510

_____

Henry J. Langer; Patricia K. Langer,    *
                                        *
        Petitioners,                    *
                                        *
    v.                                  *
                                        *    Appeal from the United States
Commissioner of Internal Revenue,       *    Tax Court.
                                        *
        Respondent.                     *    [UNPUBLISHED]
                                        *
-------------------------------------   *
                                        *
Henry J. Langer; Patricia K. Langer,    *
                                        *
        Petitioners,                    *
                                        *
    v.                                  *
                                        *
Commissioner of Internal Revenue,       *
                                        *
        Respondent.                     *

_____

Submitted: August 21, 2006
    Filed: August 28, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Henry J. and Patricia K. Langer appeal the adverse decision of the United States Tax Court[1] concerning levies to collect 1990 and 1991 federal income-tax liabilities, and their related request for an interest abatement. We affirm for the reasons stated by the Tax Court in its well-reasoned decision. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable Diane L. Kroupa, United States Tax Court Judge.